Dismissed and Memorandum Opinion filed June 5, 2003














Dismissed and
Memorandum Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-01031-CV

____________

 

ANTONIO
VALLEJO and SIRIA ORDONES VALLEJO, Appellants

 

V.

 

BANK ONE, TEXAS, N.A., Appellee

 

____________________________________________

 

On Appeal from the 151st District Court

Harris County, Texas

Trial Court Cause No. 02-05927

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

This is an appeal from a
judgment signed June 17,
 2002.

            On May 28, 2003, appellants filed a motion to
dismiss the appeal because the case has been settled.  See Tex. R. App. P. 42.1.  The motion is granted.

            Accordingly, the appeal is ordered
dismissed.

                                                                                    PER
CURIAM

Judgment rendered and
Memorandum Opinion filed June 5, 2003.

Panel consists of Justices
Anderson, Seymore, and Guzman.